**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT COURT OF CALIFORNIA – SOUTHERN DIVISION**

| | |
|---|---|
| ROBIN WOLCOTT, an individual; and JASON WOLCOTT, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF ORANGE, a public entity; BRANDON VIRGOE, an individual; ROBERTO PEQUENO, an individual; JESUS CARRASCO, an individual; SHANE JOHNSON, an individual; VINCENT SMITH, an individual; and JUAN LOPEZ, an individual<br><br>Defendants. | Case No. 8:23-cv-00341 JVS (DFMx)<br><br>Assigned to: Hon. James V. Selna<br><br>**ORDER ON JOINT STIPULATION TO MODIFY SCHEDULING ORDER RE TRIAL AND RELATED DATES [53]**<br><br><br>Action Filed: February 28, 2023<br><br>Trial Date: September 24, 2024 |

1

# ORDER

The parties have stipulated to new litigation dates and deadlines. Having considered the parties' request, and good cause appearing therefor, the Scheduling Order is modified as follows:

- <u>Fact Discovery Cutoff</u>: from May 6, 2024 to **July 15, 2024**
- <u>Last day to Serve Initial Expert Reports</u>: from May 20, 2024 to **July 29, 2024**
- <u>Last day to File Motions</u> (including Motions for Summary Judgment): from June 3, 2024 to **August 12, 2024**
- <u>Last day to Serve Rebuttal Expert Reports</u>: from June 3, 2024 **to August 12, 2024**
- <u>Last day to file Opposition to Motion for Summary Judgment</u>: from June 17, 2024 to August 26, 2024
- <u>Expert Discovery Cut-off</u>: from June 24, 2024 to **September 3, 2024**
- <u>Last day to file Reply in Support of Motion for Summary Judgment</u>: from July 1, 2024 to **September 9, 2024**
- <u>Last day for Hearing on Motions (including Motion for Summary Judgment)</u>: from July 15, 2024 to **September 23, 2024**
- <u>Last day to file Motions in Limine</u>: from July 22, 2024 to **September 30, 2024**
- <u>Last day to file Oppositions to Motions in Limine</u>: from July 29, 2024 to **October 7, 2024**
- <u>Last day to Conduct Settlement Proceedings</u>: from August 2, 2024 to **October 11, 2024**
- <u>Last day to File Reply Brief(s) in Support of Motions in Limine</u>: from August 5, 2024 to **October 14, 2024**
- <u>Pretrial Document Lodging/Filings</u> (Pretrial Conference Order;

Memorandum of Contentions of Fact and Law; Exhibit List; Witness List; Status Report re Settlement): from August 12, 2024 to **October 21, 2024**

- ❖ <u>Final Pretrial Conference</u>: from August 19, 2024 to **October 28, 2024**
- ❖ <u>Trial</u>: from September 24, 2024 to **December 3, 2024**

**IT IS SO ORDERED**.

DATED:  April 30, 2024

　　　　　　　　　　　　　　　　　　　　　　　　
**HON. JAMES V. SELNA**
United States District Judge