**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Marcel F. Sincich, Esq. (SBN 319508)
msincich@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Phone: (818) 347-3333 | Fax: (818) 347-4118

**THE SEHAT LAW FIRM, PLC**
Cameron Sehat, Esq. (SBN 256535)
cameron@sethatlaw.com
5100 Campus Dr., Suite 200
Newport Beach, CA 92660
Tel: (949) 825-5200 | Fax: (949) 313-5001
*Attorneys for Plaintiffs*

S. FRANK HARRELL – SBN 133437
sharrell@lynberg.com
JESSE K. COX – SBN 285218
jcox@lynberg.com
JULIA M. WITT – SBN 249567
jwitt@lynberg.com
**LYNBERG & WATKINS**
A Professional Corporation
1100 Town & Country Road, Suite 1450
Orange, California 92868
(714) 937-1010 Telephone
(714) 937-1003 Facsimile
*Attorneys For Defendants*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBIN WOLCOTT, et al.,<br><br>　　　　　　　Plaintiffs,<br><br>　　vs.<br><br>COUNTY OF ORANGE, et al.,<br><br>　　　　　　　Defendants. | Case No. 8:23-cv-00341 JVS (DFMx)<br><br>Assigned to: Hon. James V. Selna<br><br>**JOINT REPORT RE. SETTLEMENT AND STIPULATION TO VACATE ALL DATES AND DEADLINES**<br><br>**Pretrial Conference**<br>October 28, 2024 at 11:00 a.m.<br>**Trial**<br>December 3, 2024 at 8:30 a.m. |

　　　The parties submit the following post-mediation report, by and through their respective counsel of record. Following the May 7, 2024, mediation with Richard

Copeland, and subsequent discussions, the parties have reached an agreement to settle this matter in its entirety for a specified amount, which has been approved by the County of Orange.

Upon finalization of the settlement, the entire case and all defendants shall be dismissed with prejudice. The parties anticipate that the settlement will be fully consummated within the next sixty (60) days.

Thus, the parties believe it is in the best interest of the case, and of judicial economy, and the parties hereby stipulate to vacate all dates and deadlines and respectfully request that the Court order the parties to either file a status report or dismissal no later than August 9, 2024.

**Respectfully submitted,**

DATED:  June 7, 2024                **LAW OFFICES OF DALE K. GALIPO**

By: /s/         Marcel F. Sincich
Dale K. Galipo, Esq.
Marcel F. Sincich, Esq. [1]
*Attorneys for Plaintiffs*

DATED:  June 7, 2024                **LYNBERG & WATKINS**

By: /s/        Jesse K. Cox
**S. FRANK HARRELL**
**JESSE K. COX**
**JULIA M. WITT**
*Attorneys for Defendants*
COUNTY OF ORANGE, DEPUTY VIRGOE, DEPUTY PEQUENO, DEPUTY CARRASCO, DEPUTY JOHNSON, SERGEANT LOPEZ, and SERGEANT SMITH

---

[1] I, Marcel F. Sincich, hereby attest that all the signatories listed, and on whose behalf the filing is submitted, concur in the content of this Joint Scheduling Conference Report and have authorized its filing.