# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBIN WOLCOTT, et al.,<br><br>　　　　　　Plaintiffs,<br><br>　　vs.<br><br>COUNTY OF ORANGE, et al.,<br><br>　　　　　　Defendants. | Case No. 8:23-cv-00341 JVS (DFMx)<br><br>Assigned to: Hon. James V. Selna<br><br>**JOINT REPORT RE. SETTLEMENT AND STIPULATION TO VACATE ALL DATES AND DEADLINES [55]**<br><br><u>**Pretrial Conference**</u><br>October 28, 2024 at 11:00 a.m.<br><u>**Trial**</u><br>December 3, 2024 at 8:30 a.m. |

## ORDER

Having considered the parties' Joint Report re Settlement and Stipulation, and good cause appearing therein, the Court Orders as follows:

All dates and deadlines and hereby VACATED. No later than August 9, 2024, the parties shall file either (1) a status report re settlement, or (2) dismissal of this action.

**IT IS SO ORDERED**

DATED: June 13, 2024

　　　　　　　　　　　　　　　　　　　／s/ James V. Selna
　　　　　　　　　　　　　　　　　　**HON. JAMES V. SELNA**
　　　　　　　　　　　　　　　　　　United States District Judge