S. FRANK HARRELL – SBN 133437
sharrell@lynberg.com
JESSE K. COX – SBN 285218
jcox@lynberg.com
JULIA M. WITT – SBN 249567
jwitt@lynberg.com
**LYNBERG & WATKINS**
A Professional Corporation
1100 Town & Country Road, Suite 1450
Orange, California 92868
(714) 937-1010 Telephone
(714) 937-1003 Facsimile

ATTORNEYS FOR DEFENDANTS COUNTY OF ORANGE, BRANDON
VIRGOE, ROBERTO PEQUENO, JESUS CARRASCO, SHANE JOHNSON,
VINCENT SMITH, AND JUAN LOPEZ

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT COURT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| ROBIN WOLCOTT, an individual; and JASON WOLCOTT, an individual,<br><br>          Plaintiffs,<br><br>     v.<br><br>COUNTY OF ORANGE, a public entity; BRANDON VIRGOE, an individual; ROBERTO PEQUENO, an individual; JESUS CARRASCO, an individual; SHANE JOHNSON, an individual; VINCENT SMITH, an individual; and JUAN LOPEZ, an individual<br><br>          Defendants. | Case No. 8:23-cv-00341 JVS (DFMx)<br><br>Assigned to: Hon. James V. Selna<br><br>**STIPULATION FOR DISMISSAL OF INDIVIDUAL DEFENDANTS WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)**<br><br><br>Action Filed: February 28, 2023<br><br>Trial Date:   December 3, 2024 |

1

**STIPULATION FOR DISMISSAL OF INDIVIDUAL DEFENDANTS
WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL
PROCEDURE 41(a)(1)**

1  Defendants COUNTY OF ORANGE, BRANDON VIRGOE, ROBERTO

2  PEQUENO, JESUS CARRASCO, SHANE JOHNSON, VINCENT SMITH, and

3  JUAN LOPEZ ("Defendants"), and Plaintiffs ROBIN WOLCOTT, individually and

4  as Successor In Interest to Decedent HUNTER TICE, and JASON WOLCOTT,

5  individually ("Plaintiffs"), by and through their undersigned counsel hereby

6  stipulate and agree as follows:

7  The parties have reached a settlement in this matter, which has been fully

8  approved by the County of Orange. Pursuant to <u>Federal Rule of Civil Procedure</u>

9  41(a)(1), the parties stipulate that the above-captioned action is dismissed in its

10  entirety without prejudice as against Defendants BRANDON VIRGOE, ROBERTO

11  PEQUENO, JESUS CARRASCO, SHANE JOHNSON, VINCENT SMITH, and

12  JUAN LOPEZ.  If the settlement is not fully consummated for any reason, the

13  parties agree that the individual defendants will be added in as named defendants in

14  the case and the statute of limitations shall not bar the reinstatement of the

15  individual Defendants in this case.

16  Plaintiffs and Defendants shall each be responsible for their respective costs

17  of suit and attorneys' fees and any other costs or obligations which they may each

18  have incurred as a result of the Claims for Relief asserted by Plaintiffs.

19  / / /

20  / / /

21  / / /

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28

1

**STIPULATION FOR DISMISSAL OF INDIVIDUAL DEFENDANTS WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)**

1    This Stipulation does not affect any of the Claims for Relief in the operative

2  Complaint by Plaintiffs against remaining Defendant COUNTY OF ORANGE, nor

3  does it affect Defendant COUNTY OF ORANGE'S rights in this litigation as

4  regards Plaintiffs.

5    **IT IS SO STIPULATED.**

6  DATED:  August 9, 2024          **LYNBERG & WATKINS**

7

8                     By:  */s/ Jesse K. Cox[1]*
                        **S. FRANK HARRELL**
9                       **JESSE K. COX**
                        **JULIA M. WITT**
10                      Attorneys for DEFENDANTS
                        COUNTY OF ORANGE, DEPUTY
11                      VIRGOE, DEPUTY PEQUENO,
                        DEPUTY CARRASCO, DEPUTY
12                      JOHNSON, SERGEANT LOPEZ, and
                        SERGEANT SMITH
13

14  DATED:  August 9, 2024          **LAW OFFICES OF DALE K. GALIPO**

15

16                     By:  */s/ Marcel F. Sincich*
17                      **DALE K. GALIPO**
                        **MARCEL F. SINCICH**
18                      Attorneys for PLAINTIFFS
                        ROBIN WOLCOTT and JASON
19                      WOLCOTT

20

21

22

23

24

25  _____

26  [1] Pursuant to California Central District Local Rule 5-4.3.4, all other signatories

27  listed, and on whose behalf the filing is submitted, concur in the filing's content and
    have authorized the filing.

28                        **2**
    _____
    **STIPULATION FOR DISMISSAL OF INDIVIDUAL DEFENDANTS
    WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL
    PROCEDURE 41(a)(1)**