1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT COURT OF CALIFORNIA – SOUTHERN DIVISION**

| | |
|---|---|
| ROBIN WOLCOTT, an individual; and JASON WOLCOTT, an individual, <br><br> Plaintiffs, <br><br> v. <br><br> COUNTY OF ORANGE, a public entity; BRANDON VIRGOE, an individual; ROBERTO PEQUENO, an individual; JESUS CARRASCO, an individual; SHANE JOHNSON, an individual; VINCENT SMITH, an individual; and JUAN LOPEZ, an individual <br><br> Defendants. | Case No. 8:23-cv-00341 JVS (DFMx) <br><br> Assigned to: Hon. James V. Selna <br><br> **ORDER ON STIPULATION FOR DISMISSAL OF INDIVIDUAL DEFENDANTS WITHOUT PREJUDICE [57]** <br><br><br> Action Filed: February 28, 2023 <br><br> Trial Date:  Vacated |

1

## ORDER

The parties have stipulated to dismissal without prejudice of individual defendants BRANDON VIRGOE, ROBERTO PEQUENO, JESUS CARRASCO, SHANE JOHNSON, VINCENT SMITH, and JUAN LOPEZ ("Stipulation") (Dkt. 57). The parties have further stipulated that, pursuant to the settlement agreement between Plaintiffs ROBIN WOLCOTT, individually and as Successor In Interest to Decedent Hunter Tice, and JASON WOLCOTT, individually, and Defendant COUNTY OF ORANGE, if the settlement is not consummated for any reason, the individual defendants will be added in as named defendants in the case and the statute of limitations shall not bar reinstatement of the individual defendants in this case. The parties have also stipulated that Plaintiffs and Defendants shall each be responsible for their respective costs of suit and attorneys' fees and any other costs or obligations which they may each have incurred as a result of the Claims for Relief asserted by Plaintiffs. Finally, the parties have stipulated that dismissal of the individual defendants without prejudice does not affect any of the Claims for Relief in the operative Complaint by Plaintiffs against the remaining Defendant COUNTY OF ORANGE, nor does it affect Defendant COUNTY OF ORANGE'S rights in this litigation as regards Plaintiffs.

Having considered the parties' Stipulation, and good cause appearing therefor, the Court hereby approves the Stipulation.

**IT IS SO ORDERED**.

DATED: August 15, 2024

HON. JAMES V. SELNA
United States District Judge