S. FRANK HARRELL – SBN 133437
sharrell@lynberg.com
JESSE K. COX – SBN 285218
jcox@lynberg.com
JULIA M. WITT – SBN 249567
jwitt@lynberg.com
**LYNBERG & WATKINS**
A Professional Corporation
1100 Town & Country Road, Suite 1450
Orange, California 92868
(714) 937-1010 Telephone
(714) 937-1003 Facsimile

ATTORNEYS FOR DEFENDANTS COUNTY OF ORANGE, BRANDON VIRGOE, ROBERTO PEQUENO, JESUS CARRASCO, SHANE JOHNSON, VINCENT SMITH, AND JUAN LOPEZ

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT COURT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| ROBIN WOLCOTT, an individual; and JASON WOLCOTT, an individual, <br><br> Plaintiffs, <br><br> v. <br><br> COUNTY OF ORANGE, a public entity; BRANDON VIRGOE, an individual; ROBERTO PEQUENO, an individual; JESUS CARRASCO, an individual; SHANE JOHNSON, an individual; VINCENT SMITH, an individual; and JUAN LOPEZ, an individual <br><br> Defendants. | Case No. 8:23-cv-00341 JVS (DFMx) <br><br> Assigned to: Hon. James V. Selna <br><br> **STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE (<u>FED. R. CIV. PROC.</u> 41(a)(1))** <br><br><br> Action Filed: February 28, 2023 <br><br> Trial Date:   December 3, 2024 |

---

1
**STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE (<u>FED. R. CIV. PROC.</u> 41(a)(1))**

# STIPULATION

Defendants COUNTY OF ORANGE, BRANDON VIRGOE, ROBERTO PEQUENO, JESUS CARRASCO, SHANE JOHNSON, VINCENT SMITH, and JUAN LOPEZ ("Defendants"), and Plaintiffs ROBIN WOLCOTT, individually and as Successor In Interest to Decedent HUNTER TICE, and JASON WOLCOTT, individually ("Plaintiffs"), by and through their undersigned counsel hereby stipulate and agree as follows:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the undersigned counsel for all parties who have appeared in this case hereby stipulate to the dismissal of the above-captioned action with prejudice. Each side is to bear its own attorney's fees and costs incurred in this matter.

Pursuant to Local Rule 5-4.3.4(a)(2)(i), the filer of this Stipulation attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

**IT IS SO STIPULATED.**

DATED: September 10, 2024        **LYNBERG & WATKINS**

By: */s/ Jesse K. Cox*
**S. FRANK HARRELL
JESSE K. COX
JULIA M. WITT**
Attorneys for DEFENDANTS COUNTY OF ORANGE, DEPUTY VIRGOE, DEPUTY PEQUENO, DEPUTY CARRASCO, DEPUTY JOHNSON, SERGEANT LOPEZ, and SERGEANT SMITH

1
**STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE (FED. R. CIV. PROC. 41(a)(1))**

DATED: September 10, 2024          **LAW OFFICES OF DALE K. GALIPO**

By: */s/ Marcel F. Sincich*
**DALE K. GALIPO**
**MARCEL F. SINCICH**
Attorneys for PLAINTIFFS
ROBIN WOLCOTT and JASON WOLCOTT

2

**STIPULATION FOR DISMISSAL OF INDIVIDUAL DEFENDANTS WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)**