# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT COURT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| ROBIN WOLCOTT, an individual; and JASON WOLCOTT, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF ORANGE, a public entity; BRANDON VIRGOE, an individual; ROBERTO PEQUENO, an individual; JESUS CARRASCO, an individual; SHANE JOHNSON, an individual; VINCENT SMITH, an individual; and JUAN LOPEZ, an individual<br><br>Defendants. | Case No. 8:23-cv-00341 JVS (DFMx)<br><br>**[PROPOSED] ORDER ON STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE (<u>FED. R. CIV. PROC.</u> 41(a)(1))** |

**[PROPOSED] ORDER**

Pursuant to the Stipulation for Dismiss of Entire Action with Prejudice (<u>Fed. R. Civ. Proc.</u> 41(a)(1)) by and between Plaintiffs ROBIN WOLCOTT, individually and as Successor In Interest to Decedent HUNTER TICE, and JASON WOLCOTT, individually ("Plaintiffs"), and Defendants COUNTY OF ORANGE, BRANDON VIRGOE, ROBERTO PEQUENO, JESUS CARRASCO, SHANE JOHNSON, VINCENT SMITH, and JUAN LOPEZ ("Defendants"), and good cause appearing, the Court approves the parties' Stipulation and orders as follows:

Each, every, and all Claims for Relief in Plaintiffs' operative Second Amended Complaint (Dkt. 35) against Defendants are dismissed in their entirety and with prejudice. Each side is to bear its own attorney's fees and costs incurred in this matter.

**IT IS SO ORDERED**.

DATED:

**HON. JAMES V. SELNA**
United States District Judge